# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCURY AIR CENTERS, INC.,<br><br>    Defendant(s). | CASE NO. CV08-6332-AHM (Ex)<br><br>ORDER DISMISSING CIVIL ACTION BY VIRTUE OF SETTLEMENT |

The Court having been advised by the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 60 days, to request a status conference be scheduled if settlement is not consummated.

IT IS SO ORDERED.

Date: June 10, 2010

                                                  A. Howard Matz<br>
                                                United States District Court Judge

**JS-6**